JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG AKILI, et al., | Case No. CV 21-07259 PA (AFMx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

In accordance with the Court's December 23, 2021 Minute Order dismissing this action for failure to timely serve under F. R. Civ. P. 4(m), it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 23, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE